1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BANKS, individually and on behalf of VANESSA GIAN & SUMMER TAYLOR,<br><br>                    Petitioners<br><br>          v.<br><br>SECRETARY, DEPARTMENT OF THE ARMY, et al.,<br><br>                    Respondents. | Case No. 2:20-cv-06288-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: July 21, 2020          _____

                                          OTIS D. WRIGHT II
                                          UNITED STATES DISTRICT JUDGE